```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 16604
    PATRICKS D JOHNSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4399


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/12/2007 and was confirmed 12/18/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 06/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG      .00            .00          .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE      .00            .00          .00
PIERCE & ASSOC           NOTICE ONLY   NOT FILED          .00          .00
LVNV FUNDING             UNSEC W/INTER   2001.03          .00          .00
MIDLAND CREDIT MANAGEMEN UNSEC W/INTER    179.68          .00          .00
AMERITECH                UNSEC W/INTER NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   1070.04          .00          .00
B-REAL LLC               UNSEC W/INTER    368.62          .00          .00
CHICAGO CENTRAL EP       UNSEC W/INTER NOT FILED          .00          .00
WELLS FARGO HOME MORTGAG NOTICE ONLY   NOT FILED          .00          .00
B-REAL LLC               UNSEC W/INTER NOT FILED          .00          .00
FAN DISTRIBUTING CO      UNSEC W/INTER    241.44          .00          .00
COMMONWEALTH EDISON      UNSEC W/INTER    489.87          .00          .00
LEGAL HELPERS PC         DEBTOR ATTY     1,800.00                  1,029.60
TOM VAUGHN               TRUSTEE                                      70.40
DEBTOR REFUND            REFUND                                        .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             1,100.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,029.60
TRUSTEE COMPENSATION                            70.40
DEBTOR REFUND                                     .00
                    --------------        --------------
TOTALS              1,100.00                 1,100.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 16604 PATRICKS D JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE